391 A.2d 692

Commonwealth v. Mendez, Appellant.

Argued March 23, 1978.
Renald S. Baratta, for appellant; Allan B. Goodman, Assistant District Attorney, with him John E. Gallagher, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.